IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARRYL GRAY<br><br>Plaintiff,<br><br>v.<br><br>ANTHOS AT CHASE VILLAGE, LLC;<br>ANTHOS PROPERTIES, LLC; and<br>HARALAMBOS KOSTOPOULOS,<br><br>Defendants | Civil Action No. 1:14-cv-00621-JEC |

## ORDER

This Court, having read the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (the "Motion"), and for good cause shown;

IT IS HEREBY ORDERED that the proposed Settlement Agreement attached as Exhibit "A" to the Parties' Motion is APPROVED, and the Parties' Motion to dismiss with prejudice is GRANTED. Plaintiff's claims against Defendants are HEREBY dismissed with prejudice.

SO ORDERED this 30th day of June, 2014.

/s/ Julie E. Carnes
~~Hon. Charles A. Pannell, Jr.~~
~~Senior District Judge~~
United States District Court
Northern District of Georgia
Julie E. Carnes
Chief U.S. District Judge